**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANE J. ASHLEY, SB# 073296
E-Mail: ashley@lbbslaw.com
RAQUEL VIDAL, SB# 199597
E-Mail: vidal@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ILLINOIS UNION INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. GAUNTLETT d/b/a GAUNTLETT & ASSOCIATES, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | CASE NO. 11-CV-00455 EJD<br><br>Hon. Edward J. Davila<br><br>**DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S OBJECTION TO PLAINTIFF'S STATEMENT OF DECISION**<br><br>Judge: Hon. Edward J. Davila |

///

///

///

///

///

///

///

///

///

///

Defendant Illinois Union Insurance Company objects to Plaintiff's Statement of Recent Decision on the ground that it fails to comply with United States District Court, Northern District of California, Civil Local Rules, Rule 7-3(d) which provides in pertinent part:

> (d) Supplementary Material. Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval, except as follows:
>
> * * *
>
> (2) Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion– without argument.

Here, Plaintiff's Statement of Recent Decision is untimely as it was filed after the noticed hearing date, April 6, 2012, and improperly includes argument by plaintiff.

In addition, Illinois Union objects to Plaintiff's Statement of Recent Decision on the ground that the decision at issue, is not final as to the California Court of Appeal.

DATED: July 13, 2011

LANE J. ASHLEY
RAQUEL VIDAL
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: [signature]
Raquel Vidal
Attorneys for Defendant
ILLINOIS UNION INSURANCE COMPANY

## FEDERAL COURT PROOF OF SERVICE

Case: *Gauntlett, etc., v. Illinois Union, etc.*
U.S.D.C. Case No. 11-CV-00455 EJD

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 13, 2012, I served the following document(s): **DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S OBJECTION TO PLAINTIFF'S STATEMENT OF DECISION**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

David A. Gauntlett, Esq.
James A. Lowe, Esq.
**GAUNTLETT & ASSOCIATES**
18400 Von Karman, Suite 300
Irvine, CA 92612
Tel. No.: (949) 553-1010
Fax No.: (949) 553-2050
info@gauntlettlaw.com
Jal@gauntlettlaw.com

Attorneys for Plaintiff
GAUNTLETT & ASSOCIATES

The documents were served by the following means:

[X] **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 13, 2012, at Los Angeles, California.

RAQUEL VIDAL